Statement of Facts—Opinion of the Court.   [7 Pa. Superior Ct.

for $3.00 for serving said subpœna, which was refused, the balance of the bill having been paid.

If the court be of the opinion that the county is required to pay the plaintiff fifty cents for each person named on the subpœna, then judgment for plaintiff and against the defendant for $2.50, and if the court be of the opinion that the defendant is only liable for fifty cents for a subpœna, no matter how many names appear on the subpœna, then judgment for defendant.

The court entered judgment in favor of the plaintiff for $2.50. Defendant appealed.

*Error assigned* was entry of judgment for plaintiff.

*Isaac Johnson*, with him *T. Speer Dickson*, for appellant.

*W. Roger Fronefield*, for appellee.

OPINION BY WICKHAM, J., March 21, 1898:

For reasons, sufficiently set forth in the opinion, this day filed, in the case of Price v. The County of Lancaster, ante, p. 119, the judgment in this case is hereby affirmed.

---

# Richard Barron v. The County of Lackawanna, Appellant.

*Costs—Constable's fees—Mileage—Serving subpœnas—Statutes.*

Under the Act of May 23, 1893, P. L. 117, a constable is entitled to mileage at the rate of ten cents per mile one way in the execution of a warrant. For serving a subpœna he may legally charge fifty cents for each person named in the subpœna and actually served.

Submitted Jan. 13, 1898.   Appeal, No. 14, Jan. T. 1898, by defendant, from judgment of C. P. Lackawanna Co., in favor of plaintiff on case stated.   Before RICE, P. J., WICKHAM, BEAVER, ORLADY, SMITH and PORTER, JJ.   Affirmed.

Case stated.   Before GUNSTER, P. J.

It appears from the case stated that plaintiff, a constable, in

addition to executing a warrant, served a subpœna on four persons to attend as witnesses at the hearing before the justice of the peace, and traveled a distance of seven miles each way. The question was submitted as follows: "If the court be of opinion that the said constable is entitled to the sum of $2.00 for serving the subpœna on four witnesses, and the sum of $1.40 for traveling expenses, as also to $1.00 for executing the warrant, then judgment to be entered in favor of the plaintiff in the sum of $4.40; otherwise to be entered in his favor for such sum as in the opinion of the court he may be entitled to."

The court entered judgment,

| | |
|---|---|
| For executing warrant on behalf of the commonwealth | $1.00 |
| For serving the subpœna on four persons in said case, at 50 cents each | 2.00 |
| For traveling expenses in serving said subpœna, 7 miles at 10 cents | .70 |
| Footing up a total of | $3.70 |

Defendant appealed.

*Error assigned* was entry of judgment in favor of plaintiff for $3.70.

*Henry A. Knapp*, for appellant.

*Carpenter & Fleitz*, for appellee.

OPINION BY WICKHAM, J., March 21, 1898:

The questions presented by this case have been considered and decided in Price v. The County of Lancaster, ante, p. 119, the opinion in which was this day filed. For the reasons therein given, the judgment in the present case is hereby affirmed.